UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC<br>Plaintiff,<br>v.<br><br>EARLY WARNING SERVICES, LLC et al.<br>Defendant | Civil Action No:<br>2:24-cv-362 |

**PLAINTIFF'S**
**CERTIFICATE OF INTERESTED PERSONS**

Plaintiff Factor2 Multimedia Systems, LLC certifies interested persons and discloses affected corporate entities.

**(1)** The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Factor2 Multimedia Systems, LLC          Plaintiff
Washington Federal Bank                  Defendant
There is no public corporation owning 10% of more of Plaintiff.
Plaintiff does not know the extent of the ownership interest of defendant.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Attorneys for Plaintiff                          Joseph J. Zito

July 9, 2024                                    Respectfully Submitted

   */s/ Joseph J. Zito*
Joseph J. Zito
202-466-3500
jzito@dnlzito.com
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
*Attorney for Factor2*

CERTIFICATE OF SERVICE

   I hereby certify that the foregoing *Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement* was filed via the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties and opposing counsel of record.

July 9, 2024                                      /s/ Joseph J. Zito
                                                                  Joseph J. Zito