# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Factor2 Multimedia Systems, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00362-XR |
| Early Warning Services, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Factor2 Multimedia Systems, LLC.

Date:   08/19/2024

/s/ Benjamin C. Deming
*Attorney's signature*

Benjamin C. Deming     TX:24091778
*Printed name and bar number*

DNL ZITO
1250 Connecticut Ave, NW
Suite 700,
Washington, DC 20036
*Address*

bdeming@dnlzito.com
*E-mail address*

(202) 466-3500
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on all parties via the Court's CM/ECF system on August 19, 2024.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Deming*
　　　　　　　　　　　　　　　　　　　　　　Benjamin Deming
　　　　　　　　　　　　　　　　　　　　　　DNL ZITO
　　　　　　　　　　　　　　　　　　　　　　1250 Connecticut Ave, Suite 700
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036