AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **6:24-CV-00362-XR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Bank of America Corporation**
was recieved by me on   **8/17/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **Bank of America Corporation** at **1999 Bryan St Ste 900, Dallas, TX 75201** on **08/19/2024 at 1:51 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   08/20/2024

*Server's signature*

**Bilikis Afolabi**
*Printed name and title*

**1804 Pelham Drive**
**Aubrey, TX 76227**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CT Corporation System, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 5'-5'4" tall and weighing 180-200 lbs with an accent.**

**Received by George Martinez**




Tracking #: **0140780072**