AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **6:24-CV-00362-XR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Capital One Financial Corporation**
was recieved by me on **8/13/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company dba CSC - Lawyers Incorporating Service**, who is designated by law to accept service of process on behalf of **Capital One Financial Corporation** at **211 E 7th St Ste 620, Austin, TX 78701** on **08/15/2024 at 3:22 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 110.35** for services, for a total of **$ 110.35**.

I declare under penalty of perjury that this information is true.

Date:  08/15/2024

*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Corporation Service Company dba CSC - Lawyers Incorporating Service, REGISTERED AGENT with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.  Latoya Sorrels, Intake Agent**




Tracking #: **0140531934**