AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **6:24-CV-00362-XR**

## PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))***

This summons for   **Wells Fargo & Company**
was recieved by me on  **8/13/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Corporation Service Company dba CSC - Lawyers Incorporating Service**, who is designated by law to accept service of process on behalf of **Wells Fargo & Company** at **211 E 7th St Ste 620, Austin, TX 78701** on **08/14/2024 at 1:03 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 110.05** for services, for a total of **$ 110.05.**

I declare under penalty of perjury that this information is true.

Date:  08/14/2024

_____
*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Corporation Service Company dba CSC - Lawyers Incorporating Service with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 200-240 lbs.  Neisha Gross, Intake Agent**





Tracking #: **0140422594**