AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    6:24-CV-00362-XR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **The PNC Financial Services Group, Inc.**
was recieved by me on **8/15/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Bonnie Sarwk**, who is designated by law to accept service of process on behalf of **The PNC Financial Services Group, Inc.** at **249 Fifth Ave, Pittsburgh, PA 15222** on **08/23/2024 at 10:20 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 130.35** for services, for a total of **$ 130.35**.

I declare under penalty of perjury that this information is true.

Date:  08/23/2024

*Server's signature*

**Kirk Vaughan**
*Printed name and title*

**1205 Dutilh Rd Unit 12**
**Cranberry, PA 16066-5107**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Bonnie Sarwk who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0141167597**

