AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Factor2 Multimedia Systems, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00362-XR |
| Early Warning Services, LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The PNC Financial Services Group, Inc.                           .

Date:    08/28/2024                                /s/ Kent E. Baldauf, Jr.
                                                                        *Attorney's signature*

                                            Kent E. Baldauf, Jr.      PA ID No. 70793
                                                                  *Printed name and bar number*
                                                              THE WEBB LAW FIRM
                                                              One Gateway Center
                                                         420 Ft. Duquesne Blvd., Suite 1200
                                                                 Pittsburgh, PA  15222
                                                                         *Address*

                                                         kbaldaufjr@webblaw.com
                                                                    *E-mail address*

                                                              (412) 471-8815
                                                                  *Telephone number*

                                                              (412) 471-4094
                                                                     *FAX number*

No. 6:24-cv-00362-XR

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

/s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr.