AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Factor2 Multimedia Systems, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:24-cv-00362-XR |
| Early Warning Services, LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The PNC Financial Services Group, Inc.                                                                                          .

Date:     08/28/2024                                              /s/ Bryan P. Clark
                                                                                *Attorney's signature*

                                                                 Bryan P. Clark        PA ID No. 205708
                                                                  *Printed name and bar number*
                                                                     THE WEBB LAW FIRM
                                                                       One Gateway Center
                                                             420 Ft. Duquesne Blvd., Suite 1200
                                                                         Pittsburgh, PA  15222

                                                                                *Address*

                                                                     bclark@webblaw.com
                                                                            *E-mail address*

                                                                         (412) 471-8815
                                                                          *Telephone number*

                                                                         (412) 471-4094
                                                                             *FAX number*

No. 6:24-cv-00362-XR

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

                **THE WEBB LAW FIRM**

                /s/ *Bryan P. Clark*
                Bryan P. Clark