# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION.; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY<br><br>Defendants. | Case No. 6:24-cv-00362-XR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I Zachary M. Briers of the law firm Munger, Tolles & Olson LLP files this notice of appearance as counsel for Defendant Bank of America Corporation ("BofA"), is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of BofA, and requests CM/ECF notifications of filings in this case.

DATED: August 30, 2024              Respectfully submitted,

                                    */s/ Heather E. Takahashi*
                                    Heather E. Takahashi

                                    Zachary M. Briers *(admitted to practice in this District)*
                                    Heather E. Takahashi *(admitted to practice in this District)*

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Fax:  (213) 687-3702
zachary.briers@mto.com
heather.takahashi@mto.com

***Attorneys for Defendant***
***Bank of America Corporation***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

                                        */s/ Zachary M. Briers*
                                        Zachary M. Briers