IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION.; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY <br><br> Defendants. | Case No. 6:24-cv-00362-XR <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
BANK OF AMERICA TO RESPOND TO COMPLAINT**

Defendant Bank of America Corporation, by and through its undersigned counsel, respectfully moves this Court to extend the date by which to answer, move, or otherwise respond to Plaintiff's Complaint. Bank of America Corporation was served on August 19, 2024, making its response due Monday, September 9, 2024.

Bank of America Corporation respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by forty-five (45) days to October 24, 2024. Counsel for Bank of America Corporation conferred by email with Plaintiff's counsel on August 28, 2024. Plaintiff's counsel is not opposed to this Motion.

Bank of America Corporation does not seek delay in this case and submits this request so that justice may be done.

1

DATED: August 30, 2024          Respectfully submitted,

 */s/ Heather E. Takahashi*
Heather E. Takahashi

Zachary M. Briers *(admitted to practice in this District)*
Heather E. Takahashi *(admitted to practice in this District)*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Fax:  (213) 687-3702
zachary.briers@mto.com
heather.takahashi@mto.com

**Attorneys for Defendant**
**Bank of America Corporation**

**CERTIFICATE OF CONFERENCE**

I certify that, as recited, I conferred by electronic mail on August 28, 2024, with opposing counsel concerning this Motion. Opposing counsel Joseph J. Zito indicated that his client was not opposed to the request for additional time.

*/s/ Heather E. Takahashi*
Heather E. Takahashi

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Heather E. Takahashi*
Heather E. Takahashi