IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EARLY WARNING SERVICES, LLC; <br> BANK OF AMERICA CORPORATION; <br> TRUIST FINANCIAL CORPORAITION; <br> CAPITAL ONE FINANCIAL CORPORATION; <br> JPMORGAN CHASE & CO.; <br> THE PNC FINANCIAL SERVICES GROUP, INC.; <br> U.S. BANCORP; and <br> WELLS FARGO & COMPANY, <br><br> Defendants. | 6:24-cv-00362-XR |

**DEFENDANT CAPITAL ONE FINANCIAL CORPORATION CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Capital One Financial Corporation certifies that this party is a non-governmental corporate party and that:

Capital One Financial Corporation is a publicly traded corporation. Capital One Financial Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its corporate stock.

Dated: September 4, 2024

Respectfully Submitted,

*/s/ Charles E. Phipps*
Charles E. Phipps
  Texas State Bar No. 00794457
  cphipps@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

COUNSEL FOR DEFENDANT
CAPITAL ONE FINANCIAL
CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Charles E. Phipps*
Charles E. Phipps