# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION.; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY,<br>           Defendants. | C.A. No. 6:24-cv-00362-XR<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR WELLS FARGO & COMPANY TO RESPOND TO COMPLAINT

Defendant Wells Fargo & Company ("Wells Fargo"), by and through its undersigned counsel, respectfully moves this Court to extend the date by which to answer, move, or otherwise respond to Plaintiff's Complaint. Wells Fargo was served on August 14, 2024, making its response due Wednesday, September 4, 2024.

Wells Fargo respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by forty-five (45) days to Monday, October 21, 2024, due to the extended deadline falling on Saturday, October 19, 2024. Counsel for Wells Fargo conferred by telephone with Plaintiff's counsel on August 26, 2024. Plaintiff's counsel is not opposed to this Motion.

Wells Fargo does not seek delay in this case and submits this request so that justice may be done.

| | |
|---|---|
| Dated: September 4, 2024 | K&L GATES LLP |
| | |
| | /s/      Matthew Blair       |
| | Matthew Blair SBN 24109648 |
| | K&L GATES LLP |
| | 2801 Via Fortuna, Suite 650 |
| | Austin, TX 78746 |
| | (512) 482-6851 |
| | matthew.blair@klgates.com |
| | |
| | Vincent Galluzzo (*pro hac vice* forthcoming) |
| | K&L GATES LLP |
| | 300 S Tryon St Suite 1000, |
| | Charlotte, NC 28202 |
| | (704) 331-7400 |
| | Vincent.galluzzo@klgates.com |
| | |
| | Devon Beane (*pro hac vice* forthcoming) |
| | Nathan Fuller (*pro hac vice* forthcoming) |
| | Jonah Heemstra (*pro hac vice* forthcoming) |
| | Rebekah Hill (*pro hac vice* forthcoming) |
| | K&L GATES LLP |
| | 70 W. Madison St., Suite 3100 |
| | Chicago, IL 60602 |
| | (312) 781-7166 |
| | devon.beane@klgates.com |
| | nathan.fuller@klgates.com |
| | jonah.heemstra@klgates.com |
| | rebekah.hill@klgates.com |
| | |
| | Erik J. Halverson (*pro hac vice* forthcoming) |
| | K&L GATES LLP |
| | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, IL 94111 |
| | (415) 882-8238 |
| | erik.halverson@klgates.com |
| | |
| | *Attorneys for Defendant WELLS FARGO & COMPANY* |

**CERTIFICATE OF CONFERENCE**

I certify that, as recited, I conferred by telephone on August 26, 2024, with opposing counsel concerning this Motion. Opposing counsel Joseph J. Zito indicated that his client was not opposed to the request for additional time.

/s/     *Vincent Galluzzo*
Vincent Galluzzo

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

/s/     *Matthew Blair*
Matthew Blair