IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION.; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY,<br>                          Defendants. | C.A. No. 6:24-cv-00362-XR<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR WELLS FARGO & COMPANY TO RESPOND TO COMPLAINT**

Before the Court is Defendant Wells Fargo & Company's Unopposed Motion for Extension of Time to Respond to Complaint. Having reviewed the motion, the Court is of the opinion that the motion should be GRANTED. Accordingly, the Court hereby GRANTS Defendant Wells Fargo & Company's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

Defendant Wells Fargo & Company shall have up to and including October 21, 2024, to respond to Plaintiff's Complaint.

Signed this ___ day of _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE