

PHILIP J. DEVLIN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
800 Franklin Avenue Room 380
Waco, TX 76701

ANNETTE FRENCH
CHIEF DEPUTY

**September 5, 2024**

Vincent Galluzzo
K&L GATES LLP
300 S Tryon St Suite 1000,
Charlotte, NC 28202

Re:   Civil Case No. 6:24-cv-00362 Factor2 Multimedia Systems, LLC v. Early Warning Services, LLC et al

Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

**You were included as an attorney of record on a recent filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. (Pro hac vice admission is on a per-case basis. Previous pro hac admission will not apply to future cases.) If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.



**U.S. District Clerk's Office**
Western District of Texas - Waco
254-750-1501



**PHILIP J. DEVLIN**
CLERK OF COURT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
800 Franklin Avenue Room 380
Waco, TX 76701

**ANNETTE FRENCH**
CHIEF DEPUTY

**September 5, 2024**

Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602

Re:   **Civil Case No. 6:24-cv-00362 Factor2 Multimedia Systems, LLC v. Early Warning Services, LLC et al**

Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

**You were included as an attorney of record on a recent filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. (Pro hac vice admission is on a per-case basis. Previous pro hac admission will not apply to future cases.) If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.



**U.S. District Clerk's Office**
Western District of Texas - Waco
254-750-1501



| | | |
|---|---|---|
| PHILIP J. DEVLIN<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS**<br>800 Franklin Avenue Room 380<br>Waco, TX 76701 | ANNETTE FRENCH<br>CHIEF DEPUTY |

September 5, 2024

Jonah Heemstra
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602

Re:   Civil Case No. 6:24-cv-00362 Factor2 Multimedia Systems, LLC v. Early Warning Services, LLC et al

Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

**You were included as an attorney of record on a recent filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. (Pro hac vice admission is on a per-case basis. Previous pro hac admission will not apply to future cases.) If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.



**U.S. District Clerk's Office**
Western District of Texas - Waco
254-750-1501



PHILIP J. DEVLIN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
800 Franklin Avenue Room 380
Waco, TX  76701

ANNETTE FRENCH
CHIEF DEPUTY

**September 5, 2024**

Nathan Fuller
**K&L GATES LLP**
**70 W. Madison St., Suite 3100**
**Chicago, IL 60602**

Re:   **Civil Case No. 6:24-cv-00362 Factor2 Multimedia Systems, LLC v. Early Warning Services, LLC et al**

Our records indicate that you are not admitted to practice in this Court.  Western District of Texas Local Court Rule AT-1(f)(1) states:

In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

**You were included as an attorney of record on a recent filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. (Pro hac vice admission is on a per-case basis. Previous pro hac admission will not apply to future cases.)  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.



**U.S. District Clerk's Office**
Western District of Texas - Waco
254-750-1501



**PHILIP J. DEVLIN**
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
800 Franklin Avenue Room 380
Waco, TX 76701

**ANNETTE FRENCH**
CHIEF DEPUTY

**September 5, 2024**

Devon Beane
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602

Re:     Civil Case No. 6:24-cv-00362 Factor2 Multimedia Systems, LLC v. Early Warning Services, LLC et al

   Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

   In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

   **You were included as an attorney of record on a recent filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. (Pro hac vice admission is on a per-case basis. Previous pro hac admission will not apply to future cases.) If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

   If you have any questions concerning this matter, please contact our office.



**U.S. District Clerk's Office**
Western District of Texas - Waco
254-750-1501



PHILIP J. DEVLIN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
800 Franklin Avenue Room 380
Waco, TX  76701

ANNETTE FRENCH
CHIEF DEPUTY

**September 5, 2024**

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Re:    **Civil Case No. 6:24-cv-00362 Factor2 Multimedia Systems, LLC v. Early Warning Services, LLC et al**

Our records indicate that you are not admitted to practice in this Court.  Western District of Texas Local Court Rule AT-1(f)(1) states:

In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

**You were included as an attorney of record on a recent filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. (Pro hac vice admission is on a per-case basis. Previous pro hac admission will not apply to future cases.)  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.



**U.S. District Clerk's Office**
Western District of Texas - Waco
254-750-1501