IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION.; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY, <br><br> Defendants. | C.A. No. 6:24-cv-00362-XR <br><br> JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wells Fargo & Company hereby makes the following corporate disclosure statement:

Wells Fargo & Company is a publicly-held corporation. Wells Fargo & Company has no parent corporation and no publicly-held corporation owns 10% or more of Wells Fargo & Company's stock.

| | |
|---|---|
| Dated: September 5, 2024 | K&L GATES LLP <br><br> */s/     Matthew Blair* <br> Matthew Blair SBN 24109648 <br> K&L GATES LLP <br> 2801 Via Fortuna, Suite 650 <br> Austin, TX 78746 <br> (512) 482-6851 <br> matthew.blair@klgates.com <br><br> Vincent Galluzzo (*pro hac vice* forthcoming) <br> K&L GATES LLP <br> 300 S Tryon St Suite 1000, <br> Charlotte, NC 28202 <br> (704) 331-7400 <br> Vincent.galluzzo@klgates.com |

1

Devon Beane (*pro hac vice* forthcoming)
Nathan Fuller (*pro hac vice* forthcoming)
Jonah Heemstra (*pro hac vice* forthcoming)
Rebekah Hill (*pro hac vice* forthcoming)
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
(312) 781-7166
devon.beane@klgates.com
nathan.fuller@klgates.com
jonah.heemstra@klgates.com
rebekah.hill@klgates.com

Erik J. Halverson (*pro hac vice* forthcoming)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, IL 94111
(415) 882-8238
erik.halverson@klgates.com


*Attorneys for Defendant WELLS FARGO & COMPANY*

## **CERTIFICATE OF SERVICE**

      I certify that on September 5, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/     Matthew Blair*  
Matthew Blair

| | |
|---|---|
| Filename: | WF 7 |
| Directory: | C:\Users\martinsc\Documents |
| Template: | C:\Users\martinsc\AppData\Roaming\Microsoft\Templates\Normal.dotm |
| Title: | Microsoft Word - 2017.10.05 Whirlpool v. Filters Fast Complaint 4821-6418-0049 v.1.docx |
| Subject: | |
| Author: | CNK |
| Keywords: | |
| Comments: | |
| Creation Date: | 9/5/2024 2:23:00 PM |
| Change Number: | 4 |
| Last Saved On: | 9/5/2024 2:27:00 PM |
| Last Saved By: | Blair, Matthew A. |
| Total Editing Time: | 5 Minutes |
| Last Printed On: | 9/5/2024 2:36:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 3 |
|    Number of Words: | 294 (approx.) |
|    Number of Characters: | 1,681 (approx.) |