AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Factor 2 Multimedia Systems, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00362-XR |
| Early Warning Services, LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JPMorgan Chase & Co.                                                                .

Date:  09/05/2024                                              /s/ H. Albert Liou
                                                                                   *Attorney's signature*

                                                          H. Albert Liou, TX Bar No. 24061608
                                                                             *Printed name and bar number*

                                                                                Jones Day
                                                                       717 Texas Ave. Suite 3300
                                                                            Houston, TX 77002
                                                                                   *Address*

                                                                         aliou@jonesday.com
                                                                              *E-mail address*

                                                                            (832) 239-3828
                                                                            *Telephone number*

                                                                            (832) 239-3600
                                                                              *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on September 5, 2024.

/s/ H. Albert Liou
H. Albert Liou