IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, | ) |
| Plaintiff. | ) Civil Action No. 6:24-cv-00362-XR |
| v. | ) District Judge Xavier Rodriguez |
| EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY, | ) *Electronically Filed* <br><br> ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The PNC Financial Services Group, Inc. hereby submits the following corporate disclosure statement:

The PNC Financial Services Group, Inc. is a publicly-traded financial holding company and does not have a parent corporation. As of the most recent publicly available information, no publicly held corporation owns 10% or more of the outstanding shares of The PNC Financial Services Group, Inc.'s common stock.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: September 6, 2024

/s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr.
PA ID No. 70793
Bryan P. Clark
PA ID No. 205708

2

> One Gateway Center
> 420 Ft. Duquesne Blvd., Suite 1200
> Pittsburgh, PA 15222
> 412.471.8815
> 412.471.4094 (fax)
> kbaldaufjr@webblaw.com
> bclark@webblaw.com
>
> *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2024, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

                                            **THE WEBB LAW FIRM**

                                            /s/ *Kent E. Baldauf, Jr.*
                                            Kent E. Baldauf, Jr.