**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:24-cv-00362-XR |
| EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION.; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY | JURY TRIAL DEMANDED |
| Defendants. | |

**DEFENDANT BANK OF AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of America

Corporation states the following:

Bank of America Corporation is a publicly held company whose shares are traded on the

New York Stock Exchange and has no parent corporation.  Based on the U.S. Securities and

Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555

Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America

Corporation's outstanding common stock.

DATED: September 6, 2024

Respectfully submitted,

 */s/ Heather E. Takahashi*
Heather E. Takahashi

Zachary M. Briers *(admitted to practice in this District)*
Heather E. Takahashi *(admitted to practice in this District)*

1

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Fax:  (213) 687-3702
zachary.briers@mto.com
heather.takahashi@mto.com

***Attorneys for Defendant***
***Bank of America Corporation***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 6, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

<u>*/s/ Heather E. Takahashi*</u>
Heather E. Takahashi