UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC *et al.*<br><br>  Defendants. | Civil Action No. 6:24-cv-00362-XR<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT TRUIST FINANCIAL CORPORATION'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

  Defendant Truist Financial Corporation ("Truist"), by and through its undersigned counsel, files this unopposed motion for extension of time to answer or otherwise respond to Plaintiff Factor2 Multimedia Systems LLC's ("F2M's") Complaint (ECF No. 1).

  Plaintiff claims that Truist was served on August 20, 2024, which would make Truist's deadline to answer or otherwise respond to the Complaint September 10, 2024. (ECF No. 7; Fed. R. Civ. P. 12(a)(1)(A)(i)).

  Truist respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by forty-five (45) days to **October 25, 2024**. Plaintiff's counsel Joseph Zito confirmed via email to Defendant's counsel Brady Cox on September, 5, 2024, that Plaintiff does not oppose the requested extension.

  Accordingly, Truist respectfully request that the Court issue the attached proposed order extending Truist's time to answer or otherwise respond to Plaintiffs' Complaint to October 25, 2024.

Dated: September 6, 2024          Respectfully submitted,

By: */s/ Brady Cox*
Michael S. Connor (NC Bar No. 16152)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Phone: (704) 444-1000
Email: *mike.connor@alston.com*

Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: 214.922.3443
Email: *brady.cox@alston.com*

*Counsel for Defendant Truist Financial Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 6, 2024.

                                        */s/ Brady Cox*
                                        Brady Cox