UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC *et al.*<br><br>    Defendants. | Civil Action No. 6:24-cv-00362-XR<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**ORDER GRANTING TRUIST FINANCIAL CORPORATION'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Truist Financial Corporation's ("Truist's") First Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED. The deadline for Truist to answer or otherwise respond to Plaintiffs' Complaint is extended to November 21, 2024.

Dated: _____

                                                _____
                                                THE HONORABLE XAVIER RODRIGUEZ
                                                UNITED STATES DISTRICT JUDGE