# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, § § Plaintiff, § § v. § § EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; AND WELLS FARGO & COMPANY, § § § § § § § § § § Defendants. § | C.A. No. 6:24-cv-00362-XR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Matthew A. Blair, hereby enters an Appearance as counsel of record on behalf of Defendant Wells Fargo & Company in this case and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant.

Dated: September 6, 2024

Respectfully submitted,

*/s/ Matthew Blair*
Matthew Blair
TX Bar No. 24109648
**K&L Gates LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel.: (512) 482-6851
Fax: (512) 482-6859
matthew.blair@klgates.com

*Attorney for Defendant*
*Wells Fargo & Company*

1

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 6, 2024, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

      */s/ Matthew Blair*
Matthew Blair