UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC *et al.*<br><br>    Defendants. | Civil Action No. 6:24-cv-00362-XR<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**ORDER GRANTING TRUIST FINANCIAL CORPORATION'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Truist Financial Corporation's ("Truist's") First Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED. The deadline for Truist to answer or otherwise respond to Plaintiffs' Complaint is extended to October 25, 2024.

Dated: _____

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE