UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC *et al.*<br><br>    Defendants. | Civil Action No. 6:24-cv-00362-XR<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**DEFENDANT TRUIST FINANCIAL CORPORATION'S RULE 7.1 STATEMENT**

Pursuant Fed. R. Civ. P. 7.1, Defendant Truist Financial Corporation ("Truist"), by and through its undersigned counsel, files this corporate disclosure statement:

Truist Financial Corporation is a publicly held corporation. Truist Financial Corporation has no parent corporation, and no publicly held corporation owns 10% or more of Truist Financial Corporation's stock.

1

Dated: September 6, 2024

Respectfully submitted,

By: <u>*/s/ Brady Cox*</u>
Michael S. Connor (NC Bar No. 16152)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Phone: (704) 444-1000
Email: *mike.connor@alston.com*

Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: 214.922.3443
Email: *brady.cox@alston.com*

*Counsel for Defendant Truist Financial Corporation*

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 6, 2024.

            */s/ Brady Cox*
            Brady Cox