## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, *Plaintiff* | § § § | |
| vs. | § § | Case No. W-24-CA-00362-XR |
| EARLY WARNING SERVICES, LLC *et al. Defendants* | § § § | |

### ORDER

On this date, the Court considered the Motion for Admission *Pro Hac Vice* filed by **Robert A. Angle**, Virginia Bar Number 37691 ("Applicant"), counsel for **Capital One Financial Corporation**, and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission Pro Hac Vice is **CONDITIONALLY GRANTED**. Because the attorney has appeared pro hac vice before, the attorney is admitted pro hac vice on the condition that he/she apply for admission to the Western District of Texas.

**IT IS FURTHER ORDERED** that Applicant shall (1) apply for admission to practice before this Court within 90 days of this Order, (2) diligently pursue the application until such time as he/she may be admitted to practice in this district, and (3) become familiar with the Local Court Rules.

**IT IS FURTHER ORDERED** that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

**IT IS FURTHER ORDERED** that if the corresponding Motion for Admission *Pro Hac Vice* was e-filed, the attorney who filed the Motion on behalf of the Applicant is **DIRECTED** to notify the Applicant of this order.

**IT IS FINALLY ORDERED** that, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, Applicant **shall register as a filing user within 10 days of the date of this Order**, if he/she has not previously done so on a prior case in this District. Registration is managed by the PACER Service Center.

It is so **ORDERED**.

**SIGNED** this September 6, 2024

                                              XAVIER RODRIGUEZ
                                              UNITED STATES DISTRICT JUDGE