IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION.; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; and WELLS FARGO & COMPANY,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CASE NO. 6:24-cv-00362-XR<br><br>  JURY TRIAL REQUESTED |

**DEFENDANT JPMORGAN CHASE & CO.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase & Co., by its undersigned counsel, states as follows:[1]

JPMorgan Chase Bank, N.A., who is incorrectly named as JPMorgan Chase & Co. in the Complaint, is a wholly-owned subsidiary of JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its

---

[1] The filing of this statement should not be construed as a concession that JPMorgan Chase & Co. is a properly named defendant, and JPMorgan Chase & Co. reserves all rights to challenge its status as a defendant.

subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

| | |
|---|---|
| Dated:  September 6, 2024 | Respectfully submitted, |

By: /s/ H. Albert Liou
    Rita J. Yoon (*pro hac vice* motion pending)
    Illinois Bar. No. 6298019
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone: (415) 626-3939
    Facsimile: (415) 875-5700
    ryoon@jonesday.com

    H. Albert Liou
    Texas Bar No. 24061608
    JONES DAY
    717 Texas Avenue, Suite 3300
    Houston, Texas  77002
    Telephone: (832) 239-3939
    Facsimile: (832) 239-3600
    aliou@jonesday.com

    I. Sasha Mayergoyz (*pro hac vice* motion pending)
    Illinois Bar No. 6271800
    JONES DAY
    110 N. Wacker Dr., Suite 4800
    Chicago, IL 60606
    Telephone: (312) 782-3939
    Facsimile: (312) 782-8585
    smayergoyz@jonesday.com

    ***Attorneys for Defendant***
    ***JPMorgan Chase & Co.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on September 6, 2024.

                                            */s/ H. Albert Liou*
                                            H. Albert Liou