UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FACTOR 2 MULTIMEDIA SYSTEMS, LLC,

vs.                                          Case No.: 6:24-CV-00362-XR

EARLY WARNING SERVICES, LLC; BANK

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Israel Sasha Mayergoyz, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent JP Morgan Chase & Co. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jones Day with offices at:

   Mailing address: 110 N. Wacker Dr., Suite 4800

   City, State, Zip Code: Chicago, IL 60606

   Telephone: 312-782-3939    Facsimile: 312-782-8585

2. Since September 1, 2000, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6271800.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC Northern District of Illinois | 9/1/2000 |
   | USDC Northern District of California | 11/9/2011 |
   | US Supreme Court | 4/20/2023 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:20-cv-00089 on the 21 day of May, 2020.
   Number: 6:20-cv-00100 on the 21 day of May, 2020.
   Number: 6:20-cv-00095 on the 21 day of May, 2020.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: H. Albert Liou

Mailing address: 717 Texas Street, Suite 3300

City, State, Zip Code: Houston, TX 77002

Telephone: 832-239-3666

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Israel Sasha Mayergoyz to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Israel Sasha Mayergoyz
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 09 day of September, 2024.

Israel Sasha Mayergoyz
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FACTOR 2 MULTIMEDIA SYSTEMS, LLC,

vs.                                                                         Case No.:  6:24-CV-00362-XR

EARLY WARNING SERVICES, LLC; BANK

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Israel Sasha Mayergoyz , counsel for  JP Morgan Chase & Co. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Israel Sasha Mayergoyz  may appear on behalf of  JP Morgan Chase & Co.  in the above case.

IT IS FURTHER ORDERED that  Israel Sasha Mayergoyz , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  September , 20 24 .

_____
UNITED STATES DISTRICT JUDGE