# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC,<br>　　　　　　　　　　　　　　Plaintiff,<br>v.<br><br>EARLY WARNING SERVICES, LLC;<br>BANK OF AMERICA CORPORATION.;<br>TRUIST FINANCIAL CORPORATION;<br>CAPITAL ONE FINANCIAL CORPORATION;<br>JPMORGAN CHASE & CO.;<br>THE PNC FINANCIAL SERVICES GROUP, INC.;<br>U.S. BANCORP; and<br>WELLS FARGO & COMPANY,<br>　　　　　　　　　　　　　　Defendants. | CIVIL ACTION NO.   24-362<br><br>**AGREED MOTION FOR EXTENSION OF TIME FOR U.S. BANCORP TO RESPOND TO COMPLAINT** |

　　Plaintiff hereby files this agreed 45 day extension of time for Defendant U.S Bancorp to Answer or Otherwise Respond to the Complaint.  Plaintiff  requests that the Court extend U.S. Bancorp's time to answer or otherwise respond to Plaintiff's Complaint in this action for forty-five (45) days up to and including Monday, October 22, 2024.

　　Plaintiff's counsel and Defendant's counsel have discuss this extension and are in agreement.  The forgoing Agreed Motion was filed with teh Court's CM/ECF system on September 9, 2024.

Dated: September 9, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Joseph J.  Zito
　　　　　　　　　　　　　　　　　　　　Joseph J.  Zito
　　　　　　　　　　　　　　　　　　　　DNL ZITO
　　　　　　　　　　　　　　　　　　　　1250 Connecticut Ave., NW #700
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　202-466-3500
　　　　　　　　　　　　　　　　　　　　jzito@dnlzito.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Factor2 Multimedia Systems, LLC