# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, § § § § § § § § § § § § § § § § § | |
| Plaintiff, | Civil Action No. 6:24-cv-00362-XR |
| v. | |
| EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; AND WELLS FARGO & COMPANY, | Complaint Filed:   July 9, 2024 |
| Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL

Steve D. Moore of Kilpatrick Townsend & Stockton LLP hereby appears as counsel for Defendant Early Warning Services, LLC in this action and respectfully requests to be included on the ECF service list and to receive notices from the Court.  Mr. Moore is admitted to practice in the United States District Court for the Western District of Texas.

Dated: September 11, 2024

        Respectfully submitted,

        By: */s/ Steve D. Moore*
        Steven D. Moore
        California Bar No. 290875
        KILPATRICK TOWNSEND & STOCKTON LLP
        Two Embarcadero Center, Suite 1900
        San Francisco, CA 94111
        Tel: (415) 576-0200
        Fax: (415) 576-0300
        smoore@ktslaw.com
        ***Attorney for Defendant,***
        ***Early Warning Services, LLC***

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, a true and correct copy of the foregoing document was served on all counsel of record deemed to have agreed to be served electronically by filing the same with the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Steve D. Moore*
Steve D. Moore