IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:24-cv-00362-XR |
| v. | § § | |
| EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; AND WELLS FARGO & COMPANY, | § § § § § § § § § | Complaint Filed:    July 9, 2024 |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Steve R. Borgman of Kilpatrick Townsend & Stockton LLP hereby appears as counsel for Defendant Early Warning Services, LLC in this action and respectfully requests to be included on the ECF service list and to receive notices from the Court.  Mr. Borgman is admitted to practice in the United States District Court for the Western District of Texas.

Dated: September 11, 2024

                                                Respectfully submitted,

                                                By: */s/ Steve R. Borgman*
                                                Steve R. Borgman
                                                Texas Bar No. 02670300
                                                KILPATRICK TOWNSEND & STOCKTON LLP
                                                700 Louisiana Street, Suite 4300
                                                Houston, Texas 77002
                                                Tel: (281) 809-4081
                                                Fax: (281) 990-6826
                                                sborgman@ktslaw.com
                                                ***Attorney for Defendant,***
                                                ***Early Warning Services, LLC***

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, a true and correct copy of the foregoing document was served on all counsel of record deemed to have agreed to be served electronically by filing the same with the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Steve R. Borgman*
Steve R. Borgman

KILPATRICK TOWNSEND 78809529 1