UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:24-cv-00362-XR |
| v. | § § | JURY TRIAL DEMANDED |
| EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP INC.; U.S. BANCORP; AND WELLS FARGO & COMPANY, | § § § § § § § § § | |
| Defendants. | | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Vincent J. Galluzzo, hereby enters an Appearance as counsel of record on behalf of Defendant Wells Fargo & Company in this case and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant.

Dated: September 20, 2024

Respectfully submitted,

*/s/ Vincent J. Galluzzo*
Vincent J. Galluzzo
NC Bar No. 60098
**K&L Gates LLP**
300 South Tryon Street
Suite 1000
Charlotte, NC 28202
Tel.: (704) 331-7526
Fax: (704) 331-7598
vincent.galluzzo@klgates.com

*Attorney for Defendant*
*Wells Fargo & Company*

1

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2024, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Vincent J. Galluzzo*
Vincent J. Galluzzo
