# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Case No.  W-24-CA-00362-XR |
| | § | |
| EARLY WARNING SERVICES, LLC *et al.* | § | |
| *Defendants* | § | |

## <u>ORDER</u>

On this date, the Court considered the Motion for Admission *Pro Hac Vice* (ECF No. 46) filed by **Nathan Fuller**, 6338992 ("Applicant"), counsel for **Wells Fargo & Company**, and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**.

**IT IS FURTHER ORDERED** that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

**IT IS FURTHER ORDERED** that if the corresponding Motion for Admission *Pro Hac Vice* was e-filed, the attorney who filed the Motion on behalf of the Applicant is **DIRECTED** to notify the Applicant of this order.

**IT IS FINALLY ORDERED** that, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, Applicant **shall register as a filing user within 10 days of the date of this Order**, if he/she has not previously done so on a prior case in this District. Registration is managed by the PACER Service Center.

It is so **ORDERED**.

**SIGNED** this September 25, 2024

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE