UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FACTOR 2 MULTIMEDIA SYSTEMS, LLC

vs.  Case No.: 6:24-cv-00362-XR

EARLY WARNING SERVICES, LLC, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Paige Stradley, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent U.S. Bancorp in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Merchant & Gould P.C. with offices at:

    Mailing address: 150 South Fifth Street, Suite 2200
    City, State, Zip Code: Minneapolis, MN 55402
    Telephone: 612-332-5300   Facsimile: 612-332-9081

2. Since October 26, 2012, Applicant has been and presently is a member of and in good standing with the Bar of the State of Minnesota. Applicant's bar license number is 393432.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Northern District of Illinois | 12/9/2014 |
    | U.S. Federal Court of Appeals | 11/21/2018 |
    | Western District of WI | 1/30/2015 |
    | District of Minnesota | 2/18/2013 |
    | District of Colorado | 8/29/2018 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:21-cv-1050 on the 28 day of December, 2021.
   Number: 6:21-cv-1052 on the 28 day of December, 2021.
   Number: 6:21-cv-1054 on the 28 day of December, 2021.
   Number: 6:21-cv-1056 and 6:21-cv-1057 on the 28 day of December, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Max Ciccarelli

Mailing address: 100 N. 6th Street, Suite 503

City, State, Zip Code: Waco, TX 76701

Telephone: 214-444-8869

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Paige Stradley to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Paige Stradley
[printed name of Applicant]

*Paige Stradley* (signature)
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 13 day of October, 2024.

Paige Stradley
[printed name of Applicant]

*Paige Stradley* (signature)
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FACTOR 2 MULTIMEDIA SYSTEMS, LLC

vs.  Case No.: 6:24-cv-00362-XR

EARLY WARNING SERVICES, LLC, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Paige Stradley, counsel for U.S. Bancorp, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Paige Stradley may appear on behalf of U.S. Bancorp in the above case.

IT IS FURTHER ORDERED that Paige Stradley, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20 24 .

Please Choose Judge