# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC;<br>BANK OF AMERICA CORPORATION;<br>TRUIST FINANCIAL CORPORATION;<br>CAPITAL ONE FINANCIAL CORPORATION;<br>JPMORGAN CHASE & CO.; THE PNC<br>FINANCIAL SERVICES GROUP, INC.; U.S.<br>BANCORP; AND WELLS FARGO &<br>COMPANY,<br><br>*Defendants*. | Civil Action No. 6:24-cv-00362-XR |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Devon C. Beane, hereby enters an Appearance as counsel of record on behalf of Defendant Wells Fargo & Company in this case and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant.

Dated: October 14, 2024

Respectfully submitted,

*/s/ Devon C. Beane*
Devon C. Beane
IL Bar No. 6303129
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 807-4436
devon.beane@klgates.com

*Attorney for Defendant*
*Wells Fargo & Company*

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2024, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Devon C. Beane*
Devon C. Beane
