**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 6:24-cv-00362-XR |
| EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; AND WELLS FARGO & COMPANY, | |
| *Defendants*. | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Erik J. Halverson, hereby enters an Appearance as counsel of record on behalf of Defendant Wells Fargo & Company in this case and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant.

Dated: October 21, 2024

Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson
Bar No. 6320739
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8238
erik.halverson@klgates.com

*Attorney for Defendant*
*Wells Fargo & Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2024, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Erik J. Halverson*
Erik J. Halverson