UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 6:24-CV-00362-XR |
| | § | |
| EARLY WARNING SERVICES, LLC *et al.* | § | |
| *Defendant* | § | |

## DEFENDANT'S ADVISORY TO THE CLERK OF COURT

Defendant in the above-captioned case elects as follows (please select only one of the following options):

☐ I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Defendant in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☒ I do **not** consent to proceed before a United States Magistrate Judge. Defendant in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.

_____Truist Financial Corporation_____
            Defendant's Name

By: _____/s/ \_Brady Cox_____
            Signed by Attorney

                                                            Date   December 10, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2024, I caused the foregoing to be electronically served on counsel of record via electronic mail.

*/s/ Brady Cox*
Brady Cox
