UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, *Plaintiff* <br> v. <br> EARLY WARNING SYSTEMS, LLC, *et al.,* *Defendant* | Case No. 6:24-CV-00362-XR |

## PLAINTIFF'S ADVISORY TO THE CLERK OF COURT

Plaintiff in the above-captioned case elects as follows (please select only one of the following options):

☒  I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Plaintiff in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☐  I do **not** consent to proceed before a United States Magistrate Judge. Plaintiff in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.

   Factor 2 Multimedia Systems, LLC
   Plaintiff's Name

Dated: December 11, 2024                        Respectfully submitted,

                                                   */s/ Benjamin C. Deming*
                                                Benjamin C. Deming
                                                DNL ZITO
                                                3232 McKinney Ave, Suite 500

Dallas, Texas 75204
bdeming@dnlzito.com
214-799-1145

Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW, #700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorneys for Plaintiff*
*Factor2 Multimedia Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on all parties via the Court's CM/ECF system on December 11, 2024.

                                               */s/ Benjamin C. Deming*
                                        Benjamin C. Deming
                                        DNL ZITO
                                        3232 McKinney Ave, Suite 500
                                        Dallas, Texas 75204
                                        bdeming@dnlzito.com
                                        214-799-1145

                                        *Attorneys for Plaintiff*
                                        *Factor2 Multimedia Systems, LLC*