# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| FACTOR 2 MULTIMEDIA SYSTEMS, LLC, <br><br> Plaintiff, <br> v. <br><br> EARLY WARNING SERVICES, LLC; *et al.* <br><br> Defendant. | Civ. Action No. 6:24-cv-00362-XR <br><br> JURY TRIAL REQUESTED |

## DEFENDANT CAPITAL ONE, NATIONAL ASSOCIATION'S ADVISORY TO THE CLERK OF COURT

Defendant Capital One, National Association in the above-captioned case elects as follows (please select only one of the following options):

☐ <u>I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636.</u> Defendant in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☒ <u>I do **not** consent to proceed before a United States Magistrate Judge</u>. Defendant in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States

Dated:  December 11, 2024

Respectfully submitted,

*/s/ Charles E. Phipps*
Charles E. Phipps
Texas State Bar No. 00794457
A. Tucker Davison
Texas State Bar No. 24120794
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: 214-740-8441
Facsimile: 214-756-8441
cphipps@lockelord.com
tucker.davison@lockelord.com

Robert A. Angle (pro hac vice)
    robert.angle@troutman.com
Christopher J. Forstner (pro hac vice)
    christopher.forstner@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone:  (804) 697-1468
Facsimile:  (804) 697-1339

***Counsel for Defendant***
***Capital One, National Association***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on December 11, 2024.

<i>/s/ Charles E. Phipps</i><br>
Charles E. Phipps