UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC, et al.<br><br>*Defendants*. | Civil Action No. 6:24-cv-00362-XR |

**DEFENDANT WELLS FARGO & COMPANY'S
ADVISORY TO THE CLERK OF COURT**

Defendant Wells Fargo & Company in the above-captioned case elects as follows (please select only one of the following options):

☐ I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Defendant in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☒ I do **not** consent to proceed before a United States Magistrate Judge. Defendant in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.

Dated: December 11, 2024

Respectfully submitted,

<u>*/s/ Erik J. Halverson*</u>
Erik J. Halverson
Bar No. 6320739
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8238
erik.halverson@klgates.com

*Attorney for Defendant*
*Wells Fargo & Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2024, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Erik J. Halverson*
Erik J. Halverson