UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, *Plaintiff* v. EARLY WARNING SYSTEMS, LLC, *et al.*, *Defendants* | Case No. 6:24-CV-00362-XR |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) REPORT AND PROPOSED SCHEDULING ORDER

The parties hereby jointly move the Court for an order extending the time for the parties to submit the Joint Fed. R. Civ. P. 26 Report and proposed scheduling order as set forth in the Court's November 14, 2024 Order (ECF 74).

On November 14, 2024, the Court set the initial in-person status conference for December 12, 2024. (ECF 73.) That same day, the Court issued an Order and Advisory requiring the parties to confer and submit a Joint Rule 26(f) Report and Proposed Scheduling Order by December 12, 2024. (ECF 74.)

On December 6, 2024, pursuant to the parties' request, the status conference was reset for **January 29, 2025**. (No ECF number provided.)

The parties have begun the meet and confer process to formulate a proposed scheduling order, but have not yet come to an agreement on certain dates. The parties believe that they may be able to come to agreement on certain dates and/or procedures with additional time to confer. Accordingly, the parties jointly move for an extension of time until **Monday, January 6, 2025** to submit (1) a proposed scheduling order and (2) a Rule 26(f) Report in the formats shown in the court's previous order (ECF 74) for the Court's consideration.

1

Dated: December 11, 2024

Respectfully submitted,

    */s/ Benjamin C. Deming*
Benjamin C. Deming
DNL ZITO
3232 McKinney Ave, Suite 500
Dallas, Texas 75204
bdeming@dnlzito.com
214-799-1145

Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW, #700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorneys for Plaintiff*
*Factor2 Multimedia Systems, LLC*


/s/ *Steven D. Moore*
Steven D. Moore
California Bar No. 290875
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Tel: (415) 576-0200
Fax: (415) 576-0300
smoore@ktslaw.com

Steve R. Borgman
Texas Bar No. 02670300
**KILPATRICK TOWNSEND & STOCKTON LLP**
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel: (281) 809-4081
Fax: (281) 990-6826
sborgman@ktslaw.com

*Attorneys for Defendant Early Warning Services, LLC*

/s/ Zachary M. Briers
Zachary M. Briers (admitted to practice in this District)
zachary.briers@mto.com
Heather E. Takahashi (admitted to practice in this District)
heather.takahashi@mto.com
Adam W. Kwon (pro hac vice)
adam.kwon@mto.com
Matthew Miyamoto (pro hac vice)
matthew.miyamoto@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Fax: (213) 687-3702

J. Kain Day (pro hac vice)
kain.day@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1142

*Attorneys for Defendant Bank of America Corporation*


/s/ H. Albert Liou
Rita J. Yoon (admitted pro hac vice)
Illinois Bar No. 6298019
Email:  ryoon@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939
(415) 875-5700 Facsimile

**H. Albert Liou**
Texas Bar No. 24061608
Email:  aliou@jonesday.com
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX  77002
(832) 239-3939
(832) 239-3600 Facsimile

3

I. Sasha Mayergoyz (admitted pro hac vice)
Illinois Bar No. 6271800
Email: smayergoyz@jonesday.com
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 782-3939
(312) 782-8585 (Facsimile)

John R. Boulé III (admitted pro hac vice)
California Bar No. 322929
Email:  jboule@jonesday.com
**JONES DAY**
555 S. Flower St., 50th Fl.
Los Angeles, CA 90071
(213) 489-3939
(213) 243-2539 (Facsimile)

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

*/s/ Charles E. Phipps*
Charles E. Phipps, Texas State Bar No. 00794457
cphipps@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

Robert A. Angle (admitted pro hac vice)
robert.angle@troutman.com
Christopher J. Forstner (admitted pro hac vice)
chris.forstner@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA  23219
Telephone:  (804) 697-1468
Facsimile:  (804) 697-1339

*Counsel for Defendant Capital One Financial Corporation*

4

*/s/ Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr. (admitted in WDTX)
PA ID No. 70793
Bryan P. Clark (admitted in WDTX)
PA ID No. 205708
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

*Attorneys for Defendant The PNC Financial Services Group, Inc.*


*/s/ Michael S. Connor*
Michael S. Connor, NC State Bar 16152
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC  28203-6818
Telephone:  (704) 444-1022
Facsimile:  704-444-1111
Mike.Connor@alston.com

Jacob Young, Texas State Bar 24131943
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:  (214) 922-3443
Facsimile:  (214) 922-3899
Jacob.Young@alston.com

Brady Cox, Texas State Bar 24074084
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:  (214) 922-3471
Facsimile:  (214) 922-3899
Brady.Cox@alston.com

*Attorneys for Defendant Truist Financial Corporation*


/s/ *Vincent J. Galluzzo*
Vincent J. Galluzzo
vincent.galluzzo@klgates.com
**K&L GATES LLP**
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Tel: (704) 331-7400

Matthew Blair SBN 24109648
matthew.blair@klgates.com
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
(512) 482-6851

Erik J. Halverson (admitted pro hac vice)
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Devon C. Beane (admitted pro hac vice)
devon.beane@klgates.com
Jonah B. Heemstra (admitted pro hac vice)
jonah.heemstra@klgates.com
Nathan J. Fuller (admitted pro hac vice)
nathan.fuller@klgates.com
A. Rebekah Hill (admitted pro hac vice)
rebekah.hill@klgates.com
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-8000

*Attorneys for Defendant Wells Fargo & Company*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on all parties via the Court's CM/ECF system on December 11, 2024.

    */s/ Benjamin C. Deming*
Benjamin C. Deming
DNL ZITO
3232 McKinney Ave, Suite 500
Dallas, Texas 75204
bdeming@dnlzito.com
214-799-1145

*Attorneys for Plaintiff*
*Factor2 Multimedia Systems, LLC*