UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC,<br>*Plaintiff*<br>v.<br><br>EARLY WARNING SYSTEMS, LLC, *et al.,*<br>*Defendants* | Case No. 6:24-CV-00362-XR |

### ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) REPORT AND PROPOSED SCHEDULING ORDER

The Court, having reviewed the Joint Motion for Extension of Time to File Rule 26(f) Report and Proposed Scheduling Order, and good cause appearing therefore, hereby GRANTS the motion.

The parties shall submit (1) a proposed scheduling order and (2) a Rule 26(f) Report in the formats shown in the court's previous order (ECF 74) for the Court's consideration by **Monday, January 6, 2025**.

It is so **ORDERED**.


Signed, this _____, 2024

_____
Hon. Xavier Rodriguez
United States District Judge