IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § § | Civil Action No. 6:24-cv-00362-XR |
| v. | § § § | |
| EARLY WARNING SERVICES, LLC; BANK OF AMERICA CORPORATION; TRUIST FINANCIAL CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; JPMORGAN CHASE & CO.; THE PNC FINANCIAL SERVICES GROUP, INC.; U.S. BANCORP; AND WELLS FARGO & COMPANY, | § § § § § § § § § § | Complaint Filed:   July 9, 2024 |
| Defendant. | § | |

## JOINT MOTION FOR EXTENSION OF TIME REGARDING THE STATUS CONFERENCE CURRENTLY SCHEDULED FOR JANUARY 29, 2025

Defendant Early Warning Services, LLC, with the consent of Plaintiff and on behalf of all Defendants in this matter, hereby files this Joint Motion for Extension of time Regarding the Status Conference currently scheduled for January 29, 2025, before this Court.

The parties anticipate that this case will soon be resolved as to nearly all, if not all, defendants, in light of current settlement discussions. Therefore, in the interest of efficiency and conserving both party and judicial resources, the parties accordingly request that the status conference currently scheduled for January 29, 2025, be adjourned for 30 days and rescheduled thereafter at a time convenient for the Court. This extension will not affect any other deadlines in this case.

Dated: January 24, 2025

Respectfully submitted,

/s/ *Joseph J. Zito*
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington DC 20036
Tel: (202) 466-3500
jzito@dnlzito.com

*Attorneys for Plaintiff Factor2 Multimedia Systems, LLC*

/s/ *Steven D. Moore*
Steven D. Moore
California Bar No. 290875
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Tel: (415) 576-0200
Fax: (415) 576-0300
smoore@ktslaw.com

Steve R. Borgman
Texas Bar No. 02670300
**KILPATRICK TOWNSEND & STOCKTON LLP**
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel: (281) 809-4081
Fax: (281) 990-6826
sborgman@ktslaw.com

*Attorney for Defendant Early Warning Services, LLC*


/s/ *Zachary M. Briers*
Zachary M. Briers (admitted to practice in this District)
zachary.briers@mto.com
Heather E. Takahashi (admitted to practice in this District)
heather.takahashi@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Defendant Bank of America Corporation*


/s/ *Charles E. Phillps*
Charles E. Phipps, Texas State Bar No. 00794457
cphipps@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800

Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

Robert A. Angle (admitted pro hac vice)
robert.angle@troutman.com
Christopher J. Forstner (admitted pro hac vice)
chris.forstner@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA  23219
Telephone:  (804) 697-1468
Facsimile:  (804) 697-1339

*Counsel for Defendant Capital One Financial Corporation*

*/s/ Rita J. Yoon*
Rita J. Yoon (admitted *pro hac vice)*
Illinois Bar No. 6298019
Email:  ryoon@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939
(415) 875-5700 Facsimile

H. Albert Liou
Texas Bar No. 24061608
Email:  aliou@jonesday.com
**JONES DAY**
717 Texas Avenue, Suite 3300
Houston, TX  77002
(832) 239-3939
(832) 239-3600 Facsimile

I. Sasha Mayergoyz (admitted *pro hac vice)*
Illinois Bar No. 6271800
Email: smayergoyz@jonesday.com
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 782-3939
(312) 782-8585 (Facsimile)

John R. Boulé III
California Bar No. 322929

Email: jboule@jonesday.com
**JONES DAY**
555 S. Flower St., 50th Fl.
Los Angeles, CA 90071
(213) 489-3939
(213) 243-2539 (Facsimile)

*Attorneys for Defendant JPMorgan Chase & Co*


/s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr. (admitted in WDTX)
PA ID No. 70793
Bryan P. Clark (admitted in WDTX)
PA ID No. 205708
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

*Attorneys for Defendant The PNC Financial Services Group, Inc.*


/s/ *Michael S. Conner*
Michael S. Connor, NC State Bar 16152
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1022
Facsimile: 704-444-1111
Mike.Connor@alston.com

Jacob Young, Texas State Bar 24131943
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3443
Facsimile: (214) 922-3899
Jacob.Young@alston.com

Brady Cox, Texas State Bar 24074084
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3471
Facsimile: (214) 922-3899
Brady.Cox@alston.com

*Attorneys for Defendant Truist Financial Corporation*


/s/ *Max Ciccarelli*
Max Ciccarelli
Texas State Bar. No. 00787242
**CICCARELLI LAW FIRM**
100 N. 6th Street, Suite 502
Waco, Texas 76701
Tel: 214.444.8869
Max@CiccarelliLawFirm.com

Paige Stradley (admitted *pro hac vice*)
Rachel Zimmerman Scobie (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402
pstradley@merchantgould.com
rscobie@merchantgould.com

*Attorneys for Defendant U.S. Bancorp*

/s/ *Vincent J. Galluzzo*
Vincent J. Galluzzo
vincent.galluzzo@klgates.com
**K&L GATES LLP**
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Tel: (704) 331-7400

Matthew Blair SBN 24109648
matthew.blair@klgates.com
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
(512) 482-6851

Erik J. Halverson
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Devon C. Beane (*admitted pro hac vice*)
devon.beane@klgates.com
Nathan J. Fuller (*admitted pro hac vice*)
nathan.fuller@klgates.com
A. Rebekah Hill (*admitted pro hac vice*)
rebekah.hill@klgates.com
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-8000

*Attorneys for Defendant Wells Fargo & Company*

- 1 -

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on January 23, 2025, Defendant's counsel Amanda Brouillette and Joe Zito for Plaintiff conferred about this Motion. Mr. Zito advised that Plaintiff is unopposed to the requested extension.

/s/ Steven D. Moore
Steven D. Moore

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 24, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Steven D. Moore
Steven D. Moore