# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC,<br>　　*Plaintiff*,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC et al.,<br>　　*Defendants*. | §§§§§§§§§　Civil Action No. W-24-CV-00362-XR |

## ORDER RE-SETTING STATUS CONFERENCE
## AND HEARING ON ALL PENDING MOTIONS

On this day the Court considered the status of this case. This case is set for an in-person status conference and hearing on all pending motions, if any, on **Thursday, March 13, 2025** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** January 27, 2025.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE